# COMPLAINT
(for filers who are prisoners without lawyers)

FEB 2 0 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Stephanie Ann Deyot

v.

(Full name of defendant(s))

Taycheedah Correctional Institute - (Department of Corrections)

Case Number:

_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

P.O. Box 3100, Taycheedah Corr Inst., Fond Du Lac, WI 54936
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Taycheedah Correctional Institute
(Name)

Complaint – 1

Case 2:18-cv-00254-LA   Filed 02/20/18   Page 1 of 11   Document 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __751 County Road K__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Taycheedah Correctional Institute__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

page 1

The plaintiff Stephanie Deyot was an inmate at Taycheedah Correctional Institute. On 11-30-2017 Inmate Deyot was repeatedly stabbed in the arms and hand with lab blood draw needles by Taycheedah Correctional Institute nursing, intentionally missing veins and hurting Deyot. Nursing stated she is "Stabbing the main vein." Nursing proceeded to look at back of knee and foot for veins. Incident ~~occurred~~ occurred at HSU nursing /

Complaint – 2

doctor office in Taycheedah Correctional Institute. Deyot does not know the reason. On the same day, Inmate Deyot was in HSU intake nursing office, the nurse S. Maggisum I believe was her name,(in TCI Records) injected Deyot with a Mood-altering TB test. Deyot was immediatley confused and impaired. The nurse proceeded to do intake questionaire after asking Deyot if she (Deyot) was feeling okay. Nurse appeared deceptive and hostel. The Nurse implied incorrect intake dates pertaining to Deyots incarceration repeatedly.

On same Day, Deyot was in PSU visit. where employee caused emotional distress and made comments regarding not changing room assignments when fears are involved in a vindictive manner

The psu employee asked questions than stated she will go back later and change Deyot's answers. Deyot did not give permission.

On the same day, Inmate Deyot was escorted by female correctional officer to A and E (Admission and Evaluation) building. Deyot observed the female correctional officer and a male correctional officer standing inside the entry area of building in sight of camera arguing where to place Deyot. After argument male correctional officer made a motion stating he will "turn it around", Deyot assumed the room assignment. Deyot was knowingly and intentionally placed in a room with woman who conducted sexual conduct and sexual harassment. In morning male correctional officer, from new shift, came to cell door and smiled and gave a thumbs-up.

On 12-1-2018 Deyot was traumatized and victimized and slandered by correctional officers, employees, and inmates. The state inflicted a riot like offense against Deyot. Stephanie Deyot is seen on camera in a traumatic state. Crying, shaking, refusing to eat or speak prior to Monarch observation placement, which was made after incident where Deyot was victimized by audio surveillance that has the capability of accessing her brain, depicting thoughts and dreams that slandered and traumatized Deyot and her family and friends. Retrieve surveillance system audio. In early December 2017 Deyot was deprived

food or given spoiled food per behavior in Monarch Observation and Restricted Housing Unit by Taycheedah Correctional Institute correctional officers. Deyot was also deprived hygiene items and showers the first few weeks of incarceration.

In December 2017 and through January 2018, Inmate Deyot was denied any legal assistance or police contact. She requested through the facility social worker Shwartz and Langbruttig, PSU Bergman and Debruehen and MSMU supervisor Millard-Schmitz, Captain Justmann, Captain Dogg, Warden S. Cooper and others, correctional officers, security director Mr. Noble, lieutenants, and throughout the chain of command. The Institution continued to deny Deyot assistance. Deyot was finally able to purchase envelopes on 01/17/2018. In which Deyot wrote Fond Du Lac Police Department and Eau Claire Police Department. A Detective BoBo from Fond Du Lac Police Department came and spoke to Deyot on 02-1-2018. (Review interview an letter to Police department.)

Stephanie Deyot was also denied embossed envelopes required by Taycheedah Correctional Institute per location of Deyot in facility, except once on 12/15/18. Deyot requested and was denied assistance.

Deyot requested police contact for PREA, incapacitated agents, cruel and unusual

punishment.

From December 2017 to February 2018 Inmate Deyot was victimized and slandered by PSU Bergmann. Deyot was denied assistance and insinuated as mentally ill and a "problem" in prison to dissuade and deflect incidents done to Deyot during her incarceration.

From November 2017 to February 2018 Stephanie Deyot was discriminated and had Taycheedah Correctional Institute employees abuse their positions of authority done to her by the ICE complaint system where ICE complaints regarding personal safety and health risks were rejected-dismissed-or lost. ICE Process has been manipulated to victimize Deyot. Evidence available.

In December 2017 in Monarch Nursing office Deyot had a 2nd attempted blood draw done by Maggisum (Nurse) (Deyot believes that is correct name). It was same nurse as mood-altered TB test. At the time Deyot was hesitant, the nurse proceeded to look and insert needles in forearms, hand, and look at back of knee, and foot and did not draw blood.

In December 2017, January 2018, February 2018, Inmate Deyot was bleeding in bowels and in severe pain HSU continuously said it was acid reflux or minimal issues. Deyot has suffered prolonged issue. Deyot has went

untreated.

In January and February 2018 Deyot went unconscious after (3rd) successful (attempts twice prior for blood draw), bled from bowels, fever, chills, sweats, vomiting, severe pain in intestines and stomach. Deyot has dropped over 16 nursing slips in regards to incidents and continues to be charged medical co-pays per incident

In January 2018 Deyots handbook (DOC) was taken multiple times by Taycheedah Correctional Institute correctional officers.

In December 2017, January 2018, February 2018 Deyots Juvenile case in regards to her child was openly discussed between social worker and Ice complaint Examiner.

Deyot has been denied any assistance and has had all her DOC rights violated which lead to civil right violations.

In the beginning of December Deyot was placed in Taycheedah Correctional Institute (where Taycheedah Correctional Institute in Fond Du Lac, WI is located) monarch observation where her rights were violated by the facility manipulating the heating and cooling system to use cruel and unusual punishment per Deyot's behaviors. Deyot would visibly shake and walk to produce heat.

Deyot was denied state documents in December 2017 and January 2018 by Taycheedah Correctional Institute multiple times. Camera Evidence

In December 2017 Inmate Deyot was forced to listen to audio recordings of Deyots past, remade in story form which involved other people. Review audio book recordings used in Monarch Observation.

In December 2017 the correctional officers would use noise variations to engage Deyot into certain behaviors.

In November 2017, December 2018, January 2018, February 2018 Taycheedah Correctional Institute where the facility failed to assist Deyot after conducting multiple meetings with Warden S. Cooper, Captain Justmann, PSU Bergman, and/or facility Sergeant. after Deyot stated cruel and unusual punishment and incapacitated agents and PREA. Deyot was disregarded and placed in cell.

In December 2017, January 2018, February 2018 Deyot filled out and disbursed Interview/Information request slips to all chains of command in regards to police contact and personal safety. All levels disregarded inmate Deyot.

Review camera footage of Deyots incarceration since 11-30-2017.

Deyot has many incidents involved that May not be listed. When video is reviewed remaining incidents will emerge.

Stephanie Deyot seeks damages from State of Wisconsin Department of Corrections for mental trauma, physical and mental abuse, denial of police contact, slandering, sexual conduct, Abuse of authority positions, denying state documents, unlawful use of mood-altering substance. Stephanie Deyot seeks a no-contact placed with Taycheedah Correctional Institute. Deyot seeks all medical, dental, psychiatry costs be paid in full by State. Deyot seeks an award of money. Deyot seeks all legal costs be covered by the state of Wisconsin in regards to any and all legal cases involved or effected.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

No contact between defendant and Plaintiff. Award of money. Health costs and mental health costs paid in full by defendant.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __10__ day of __February__ 20__18__.

Respectfully Submitted,

__Stephanie A. Deyot__
Signature of Plaintiff

__561387__
Plaintiff's Prisoner ID Number

Stephanie Deyot #561387
WWRC PO Box 200
Winnebago, WI 54985
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.